IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JABARI LEE ARBOGAST,

        Petitioner,

    v.

SHARON BLACKETTER,

        Respondent.

Civil No. 05-1309-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion For Voluntary Dismissal of Petition for Writ of Habeas Corpus (#17) is GRANTED, and this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this __26th__ day of January, 2006.

                         /s/ Anna J. Brown
                         ANNA J. BROWN
                         United States District Judge